Opinion issued August 30, 2018



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00646-CV

———————————

**PEDRO CHAY, MARIO SOTO, AND DAVID BONITO, Appellants**

**V.**

**PENSKE TRUCK LEASING COMPANY, L.P. AND PETER JOHNSON, Appellees**

On Appeal from the 190th District Court
Harris County, Texas
Trial Court Case No. 2017-64561

## MEMORANDUM OPINION

Appellants, Pedro Chay, Mario Soto, and David Bonito, have neither established indigence for purposes of appellate costs nor arranged to pay the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145, TEX. R. APP. P. 37.3(b). After

being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. CIV. P. 37.3(b), 42.3(b).

Accordingly, we dismiss the appeal for want of prosecution. *See id.* 37.3(b), 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Lloyd.